UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | No. C 12-04521 PJH |
| | Bankr. Case No. 11-13639 |
| 10 MAPLE ASSOCIATES, LLC, | Adv. Proc. No. 11-01283 |
| Debtor. | **ORDER TO SHOW CAUSE** |

On November 26, 2012, the court entered an order, pursuant to the parties' stipulation, vacating the briefing schedule for this appeal and requiring a joint status report by January 31, 2013 if the matter had not been dismissed by January 25, 2013. The parties have not timely filed either a dismissal or a status report. The court hereby issues an ORDER TO SHOW CAUSE why neither a status report nor a dismissal was timely filed. If the parties fail to file a joint status report, or fail to show cause otherwise in writing, by February 25, 2013, the appeal will be dismissed for failure to file a brief on appeal pursuant to Fed. R. Bankr. P. 8009 and Bankr. Local Rule 8010-1.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge