United States District Court
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6                                          No. C 12-04521 PJH
7    IN RE                                 Bankr. Case No. 11-13639
8    10 MAPLE ASSOCIATES, LLC,             Adv. Proc. No. 11-01283
9              Debtor.                     **ORDER TO SHOW CAUSE**
     _____/
10
11        On November 26, 2012, the court entered an order, pursuant to the parties'

12   stipulation, vacating the briefing schedule for this appeal and requiring a joint status report

13   by January 31, 2013 if the matter had not been dismissed by January 25, 2013.  The

14   parties have not timely filed either a dismissal or a status report.  The court hereby issues

15   an ORDER TO SHOW CAUSE why neither a status report nor a dismissal was timely filed.

16   If the parties fail to file a joint status report, or fail to show cause otherwise in writing, by

17   February 25, 2013, the appeal will be dismissed for failure to file a brief on appeal pursuant

18   to Fed. R. Bankr. P. 8009 and Bankr. Local Rule 8010-1.

19        **IT IS SO ORDERED.**

20   Dated:  February 11, 2013

21                                          _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge
22
23
24
25
26
27
28