United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

10 MAPLE ASSOCIATES, LLC,

                Debtor.
_____/

No. C 12-04521 PJH

Bankr. Case No. 11-13639

Adv. Proc. No. 11-01283

**ORDER DISMISSING APPEAL**

Pursuant to the stipulation filed February 19, 2013, the above-captioned appeal is dismissed in its entirety pursuant to Fed. R. Bankr. P. 8001(c)(2). The order to show cause issued on February 11, 2013 is hereby discharged.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge